UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00006 |
| | ) | JUDGE CAMPBELL |
| EDWARD SHANNON POLEN | ) | |

ORDER

Pending before the Court is a Motion to Set Change of Plea Hearing (Docket No. 15). The Motion is GRANTED.

The Court will hold a change of plea hearing on November 2, 2012, at 9:00 a.m. Any proposed plea agreement shall be submitted to the Court by October 31, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE