UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                                      )
v.                                )     No.  3:12-00006
                                      )     JUDGE CAMPBELL
EDWARD SHANNON POLEN     )

<u>ORDER</u>

Pending before the Court is a Joint Motion For Protective Order Regarding Discovery
(Docket No. 37).  The Court held a hearing on the Joint Motion on August 14, 2013.  At the
request of the Government at the hearing, the Joint Motion is WITHDRAWN, without prejudice
to refiling if necessary.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE